FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) __Robert Felts       # FH-4437__
    (Name of Plaintiff)     (Inmate Number)

__1111 Altamont Blvd. Frackville, PA 17931__
    (Address)

(2) _____
    (Name of Plaintiff)     (Inmate Number)

_____
    (Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) __Brenda L. Tritt, Supt.__
(2) __Anthony Kovalchic, Dept.__
(3) __George Miller, Dept.__
    (Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

__4:17-cv-1291__
    (Case Number)

CIVIL COMPLAINT

**FILED
SCRANTON**

JUL 21 2017

PER _____
      DEPUTY CLERK

TO BE FILED UNDER: __✓__ 42 U.S.C. § 1983 - STATE OFFICIALS
                   ____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

   A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   __None__

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? _Initial grievance, Appeal to Facility manager, Appeal to final review_

2. What was the result? _Dismissed as untimely_

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: _Brenda L. Tritt_
Employed as _Facility Manager_ at _S.C.I. Frackville_
Mailing address: _1111 Altamont Blvd. Frackville, PA. 17931_

(2) Name of second defendant: _Anthony Kovalchik_
Employed as _Dept. Superintendent_ at _S.C.I. Frackville_
Mailing address: _1111 Altamont Blvd. Frackville, PA. 17931_

(3) Name of third defendant: _George Miller_
Employed as _Dept. Superintendent_ at _S.C.I. Frackville_
Mailing address: _1111 Altamont Blvd. Frackville, PA. 17931_

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. _The defendants, each of them, made a concerted decision to release a known dangerous prisoner, with a well documented assaultive history, into_

2

general population resulting in Plaintiff being assaulted.

2. _____

3. _____

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Award nominal damages in the amount of: $1.00

2. Award compensatory damages in the amount of: $100,000.00

3. Award punitive damages in the amount of: $150,000.00

Jury Trial Demanded

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18th__ day of __July__, 20__17__.

_____
(Signature of Plaintiff)

Mr. ROBERT FELTS #FH-4437
1111 ALTAMONT Blvd.
FRACKVILLE, PA. 17931-2601

**RECEIVED
SCRANTON**

JUL 2 1 2017

PER _____ DEPUTY CLERK

Office of the Clerk
UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealson Federal Bldg. & U.S. Courthouse
235 North Washington Avenue P.O. Box 1148
Scranton, PA. 18501-1148