IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ROBERT FELTS, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | No.: 4:17-CV-1291 |
| BRENDA TRITT, ET AL., | : | (Judge Brann) |
| Defendants. | : | |

## ORDER

**AND NOW**, this 19th day of October 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.
2. The Clerk of Court is directed to **CLOSE** the case.
3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge